UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


MAXIMA INTERNACIONAL, S.A.,                    CASE NO:

      Plaintiff,

vs.

INTEROCEAN LINES, INC.,

      Defendant.

_____/


## **COMPLAINT**

COMES NOW the Plaintiff, MAXIMA INTERNACIONAL, S.A., by and through the undersigned attorneys, and sues the Defendant, INTEROCEAN LINES, INC., and alleges that:

1.      This is a claim of Admiralty and Maritime Jurisdiction as hereinafter more fully appears, and is an Admiralty and Maritime Claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.      Upon information and belief, there is a forum selection clause in the Defendant's bill of lading which calls for all lawsuits to be brought in the District Court for the Southern District of Florida.[1]

3.      The Plaintiff, MAXIMA INTERNACIONAL, S.A., hereinafter referred to as MAXIMA, is a Foreign Corporation doing business in Miami, Dade County, Florida and was the consignee of the subject cargos hereinbelow described.

---

[1] However, Plaintiff reserves the right to move to compel arbitration in New York pursuant to other terms and conditions of the subject bill of lading.

4.      The Defendant, INTEROCEAN LINES, INC. (hereinafter "INTEROCEAN"), is a foreign corporation that was and is doing business in Miami-Dade and Broward Counties, Florida, and was and is a vessel operating common carrier engaged in containerized and general cargo transportation with offices in Miami, Florida and was the ocean carrier of the subject cargo shipment hereinafter described.

5.      On or about March 26, 2015, the Defendant received a cargo shipment of 1,717 packages of computer supplies, parts, and equipment for ocean transportation from Miami, Florida to Callao, Peru.

6.      The Defendant received the subject cargo in good order and sound condition and accordingly issued its Bill of Lading number INOC1070012143 without exception.  See Exhibit A attached hereto.

7.      The subject cargo was lost/stolen while in transit by the Defendant and never delivered to the consignee at destination.

8.      As a result thereof, the Plaintiff has been damaged in an amount in excess of Eight Hundred Twenty One Thousand Five Hundred Sixty Seven and 49/100 Dollars ($821,567.49).   The Plaintiff reserves the right to amend this amount at the time of trial

9.      Plaintiff has complied with all conditions precedent to the bringing of this action.

## *COUNT I – CARRIAGE OF GOODS BY SEA ACT ("COGSA")*

The Plaintiff realleges and repeats paragraphs 1 through 9 as if set forth herein at length and alleges further that:

10.      On or about March 26, 2015, INTEROCEAN received a container with cargo consisting of 1,717   packages of computer supplies, parts, and equipment in good order and

condition for ocean transportation from Miami, Florida to Callao, Peru and, as evidence thereof issued, without exception, its Bill of Lading INOC1070012143.  See Exhibit A.

11.     The Defendant failed to deliver the cargo to the consignee at destination in the same good order and sound condition as when received and thereby breached its contract of carriage.

12.     As a proximate result thereof, the Plaintiff has been damaged in an amount in excess of Eight Hundred Twenty One Thousand Five Hundred Sixty Seven and 49/100 Dollars ($821,567.49). The Plaintiff reserves the right to amend this amount at the time of trial.

**WHEREFORE**, the Plaintiff, MAXIMA INTERNACIONAL, S.A., prays that this Honorable Court enter a judgment against the Defendant, INTEROCEAN LINES, INC., in favor of the Plaintiff in an amount in excess of Eight Hundred Twenty One Thousand Five Hundred Sixty Seven and 49/100 Dollars ($821,567.49) or as otherwise determined by this Court together with prejudgment interest, costs and such other relief as this Court may deem just and proper.

DATED at Miami, Dade County, Florida this 7th day of April, 2016.

Respectfully submitted,

S/Michael C. Black

By: _____

MICHAEL C. BLACK, ESQUIRE
F.B.N. 0056162
e-mail:  mblack@marlaw.com
CASSIDY & BLACK, P.A.
Dadeland Square at the Greenery Mall
7700 North Kendall Drive, Suite 505
Miami, Florida 33156
Telephone:     (305) 271-8301
Facsimile:      (305) 271-8302
*Counsel for Plaintiff*